[No. 66937-1-I.   Division One.   December 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEE MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-01047-9, James J. Stonier, J., entered February 22, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Ellington and Spearman, JJ.

[No. 67362-9-I.   Division One.   December 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ADELE EVELYN EWING, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00432-3, Nelson E. Hunt, J., entered July 1, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Lau, J.; Schindler, J., dissenting in part.

[No. 40069-3-II.   Division Two.   December 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE L. BONDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05850-8, Frank E. Cuthbertson, J., entered December 4, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, J.; Worswick, A.C.J., concurring separately in the result.